**FILED**

10/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0564

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0564

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

    v.

BUDDY ROBERT ROY GRAY,
a/k/a BUDDY GRAY,

     Defendant and Appellant.

_____

O R D E R

Pursuant to this Court's order of October 1, 2024, counsel for Appellant Buddy Gray has moved this Court to withdraw as counsel and for appointment of counsel from the Appellate Defender Division.

IT IS THEREFORE ORDERED that the motion to withdraw as counsel is GRANTED.

IT IS FURTHER ORDERED that the motion for appointment of counsel is GRANTED. The Appellate Defender Division shall have thirty (30) days from the date of this Order within which to file either a notice of appearance or a motion to rescind this Order appointing counsel. In the event Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order any additional transcripts if they have not been already ordered.

The Clerk is directed to provide a copy of this Order to counsel of record, to the Appellate Defender Division, and to Appellant Buddy Gray, personally.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 15 2024